# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEREMY LUCAS**                                                              **PLAINTIFF**

v.                              No. 3:20-cv-341-DPM

**LOVE'S TRAVEL STOPS AND**
**COUNTRY STORES, INC.**                                              **DEFENDANT**

## JUDGMENT

Lucas's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2021